UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

| | |
|---|---|
| ANDREA ELLIS, individually and behalf of all those similarly situated,<br><br>    Plaintiff,<br><br>v.<br><br>STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY, an Illinois Corporation,<br><br>    Defendant. | Case No. 6:22-cv-01005-RBD-DCI |

**DEFENDANT STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY'S AMENDED[1] MOTION FOR LEAVE TO FILE REPLY IN SUPPORT OF MOTION TO DISMISS THIRD AMENDED COMPLAINT**

Pursuant to Local Rule 3.01(d), State Farm Mutual Automobile Insurance Company ("State Farm") respectfully moves the Court for leave to file a reply brief in support of its Motion to Dismiss the claims in Plaintiff's Third Amended Complaint (ECF No. 48). Specifically, State Farm seeks leave to file a reply brief of no more than five (5) pages no later than ten (10) days after the Court rules on this Motion for Leave. The proposed reply brief is necessary to address and rebut the following:

---

[1] Amended as to Local Rule 3.01(g) and Good Faith Conference certification.

- Plaintiff's improper conflation of breach of implied covenant of good faith and fair dealing claims with bad faith insurance actions pursuant to Section 624.155. The cases cited by Plaintiff address Section 624.155 claims, which are not at issue in this case. *See Fortune v. First Protective Ins. Co.,* 302 So. 3d 485 (Fla. 2d DCA 2020); *Zaleski v. State Farm Fla. Ins. Co.*, 315 So. 3d 7 (Fla. 4th DCA 2021). Plaintiff has not alleged a claim under Section 624.155. Nor can she. *See Cady & Cady Studios, Inc. v. State Farm Fire & Cas. Co.,* 320 F. Supp. 3d 1283, 1285 (N.D. Fla. 2018) (Section 624.155 claims can only be brought after: (1) insurer liability under the policy is found in a separate action; and (2) the insurer has been given an opportunity to cure);

- Plaintiff's assertion that State Farm is suggesting it "picked off" Plaintiff's claims through its payment of actual cash value. This is an actual cash value dispute resolved by appraisal, and State Farm simply paid the binding amount for actual cash value as required under the Policy. State Farm is not "picking off" Plaintiff's claims; and

- Plaintiff's assertion that there is a pending attempt by State Farm to dismiss *Williams v. State Farm Mutual Automobile Ins. Co.*, No. 22-cv-01422 (N.D. Ill.) and that the *Williams* is currently stayed. The *Williams* case has not been stayed. The plaintiffs in *Williams* recently filed an amended complaint (ECF No. 58), and State Farm has not yet responded to that amended complaint.

132452603.1

The issues listed above are discreet, but central to State Farm's Motion to Dismiss, and State Farm believes the Court would benefit by allowing it the opportunity to address them in a brief reply.

DATE: March 24, 2023

                                                Respectfully submitted,

/s/Johanna W. Clark
Johanna W. Clark
Florida Bar No. 196400
**CARLTON FIELDS, P.A.**
450 S. Orange Avenue, Suite 500
Orlando, Florida 32801
Tel.: 407-849-0300
Fax: 407-648-9099

Daniel F. Diffley (*admitted pro hac vice*)
Blake Simon (*admitted pro hac vice*)
Melissa Quintana (*admitted pro hac vice*)
**ALSTON & BIRD LLP**
1201 W. Peachtree Street
Atlanta, Georgia 30309
Tel.: 404-881-7000
Fax: 404-881-7777

***Attorneys for Defendant, State Farm Mutual Automobile Insurance Company***

132452603.1

## **LOCAL RULE 3.01(g) CERTIFICATION**

In compliance with Local Rule 3.01(g) and the Court's Case Management and Scheduling Order, on March 21, 2023, counsel for State Farm had a substantive conversation with counsel for Plaintiff by telephone in a good faith effort to resolve the motion without Court intervention. The parties were unable to agree as to the resolution of any part of this motion. *See* M.D. Fla. R. 3.01(g) and (ECF No. 27).

132452603.1

## CERTIFICATE OF SERVICE

I hereby certify that on March 24, 2023, I filed a true and correct copy of the foregoing with the Clerk of the Court through the CM/ECF system, which will send a notice of electronic filing to all counsel of record listed below:

Edmund A. Normand
Amy L. Judkins
Jacob L. Phillips
**NORMAND PLLC**
3165 McCroy Place Ste. 175
Orlando, FL 32803
Tel.: 407-603-6031

Andrew J. Shamis
**SHAMIS & GENTILE, PA**
14 NE 1st Ave Ste 705
Miami, FL 33132
Tel.: 305-479-2299

Christopher C. Gold
**ROBBINS GELLER RUDMAN & DOWD LLP**
120 E. Palmetto Park Road Suite 500
Boca Raton, FL 33433
Tel.: 561-750-3000

Scott A. Edelsberg
**EDELSBERG LAW, PA**
20900 NE 30th Ave, Ste. 417
Aventura, FL 33180
Tel.: 305-975-3320

*Attorneys for Plaintiff Andrea Ellis*

                                                      /s/ *Johanna W. Clark*
                                                      Johanna W. Clark
                                                      Florida Bar No. 196400

132452603.1