# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF FLORIDA
# ORLANDO DIVISION

| | |
|---|---|
| ANDREA ELLIS, individually and on behalf of all those similarly situated, | |
| Plaintiff, | Case No. 6:22-cv-01005-RBD-DCI |
| v. | |
| STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY, an Illinois Corporation, | |
| Defendant. | |

## PLAINTIFF'S NOTICE OF SUPPLEMENTAL AUTHORITY

Plaintiff Andrea Ellis, files as supplemental authority the recent order entered in *Johnson, et al., v. Am. Family Ins. Co., et al.,* Case No. 22-cv-214-jdp, Dkt. No. 59 (D. Wis. Mar. 31, 2023) (attached as Exhibit 1). In *Johnson*, Judge Peterson, while ordering appraisal in a substantially similar suit challenging typical negotiation adjustments in an Audatex valuation report, explained that "determining the correct ACV amount for plaintiffs' vehicles [through appraisal] will not resolve plaintiffs' claims that defendants improperly calculated ACV in the first place" thus declined to dismiss or even stay the action pending appraisal *Id*. at p. 19. This rebukes the arguments asserted in Defendants' Renewed Motion to Dismiss (ECF. No. 44) and supports denial of the Motion.

Dated: May 3, 2023         *Jacob L. Phillips*
                           Jacob L. Phillips

>**NORMAND PLLC**
>Post Office Box 1400036
>Orlando, FL 32814-0036
>Telephone: (407) 603-6031
>jacob.phillips@normandpllc.com
>
>Hank Bates, III (admitted *pro hac vice*)
>Lee Lowther (admitted *pro hac vice*)
>**CARNEY BATES & PULLIAM, PLLC**
>519 W. 7th St.
>Little Rock, AR 72201
>Tel: (501) 312-8500
>Fax: (501) 312-8505
>hbates@cbplaw.com
>llowther@cbplaw.com
>
>*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on May 3, 2023, the foregoing Notice of Supplemental Authority was filed electronically with the Clerk of the Court through the CM/ECF system, which will send a notice of electronic filing to all counsel of record.

>*/s/ Jacob L. Phillips*
>Jacob L. Phillips
>Florida Bar No. 120130